IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JOHN D. MARKS,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO.   02 CR 40189<br><br>**FILED**<br>JAN  4 2005<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

MOTION TO DISMISS

NOW COMES the United States Government by and through the undersigned and hereby moves this Honorable Court for entry of an order dismissing the above-entitled case with prejudice.

Jan Miller, United States Attorney

BY:

12/13/04
Date

S/Mary Fuhr
_____
Mary D. Fuhr
Special Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that the matter in the above-entitled case is dismissed with prejudice.

_____
Date

_____
JOHN A. GORMAN
United States Magistrate Judge